**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RYAN NEUHARD,** : | **CIVIL ACTION NO. 1:04-CV-0630** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| **v.** : | |
| : | |
| **TRAVELERS PROPERTY CASUALTY** : | |
| **CORPORATION, formerly Travelers** : | |
| **Insurance Group, Inc.,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 25th day of May, 2005, upon consideration of the order of court (Doc. 15) dated December 8, 2004, staying the above-captioned case pending arbitration and directing the parties to file a "status report concerning the progress of arbitration within ninety (90) days," and it appearing that no status report has been filed as of the date of this order, it is hereby ORDERED that each party shall file a status report concerning the progress of arbitration on or before June 6, 2005.  A party's failure to respond to this order will be viewed as an abandonment of the party's claims or counterclaims and as an admission that the party's claims or counterclaims are moot and will result in the involuntary dismissal of the party's claims or counterclaims.  See FED. R. CIV. P. 41 (providing for dismissal of claims "[f]or failure . . . to comply with . . . any order of court").


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge