**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RYAN NEUHARD,** | : | **CIVIL ACTION NO. 1:04-CV-0630** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **TRAVELERS PROPERTY CASUALTY CORPORATION, formerly Travelers Insurance Group, Inc.,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 1st day of June, 2005, upon consideration of the prior order of court (Doc. 15), staying the above-captioned case pending the conclusion of binding arbitration, and of the status reports submitted by the parties (Docs. 17, 18), indicating that arbitration proceedings will conclude in October 2005, it is hereby ORDERED that the parties shall file a joint status report concerning the progress of arbitration on November 1, 2005, or upon the conclusion of arbitration proceedings, whichever first occurs.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge