# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN NEUHARD**, | : | **CIVIL ACTION NO. 1:04-CV-0630** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **TRAVELERS PROPERTY CASUALTY** | : | |
| **CORPORATION**, formerly Travelers | : | |
| **Insurance Group, Inc.**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 18th day of November, 2005, upon consideration of the order of court (Doc. 15), staying the above-captioned case pending the conclusion of binding arbitration, and of the status report (Doc. 21) filed on November 8, 2005, it is hereby ORDERED that the parties shall file a joint status report concerning the progress of arbitration on January 3, 2006, or upon the conclusion of arbitration proceedings, whichever first occurs.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge